# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHERYL LEVINE** : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **NO. 14-7050** |
| **LIFE INSURANCE COMPANY OF** : | |
| **NORTH AMERICA,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this 21st day of April 2016, upon consideration of Plaintiff Cheryl Levine's Motion for Summary Judgment (Docket No. 10); Defendant Life Insurance Company of North America's Motion for Summary Judgment (Docket No. 11); Plaintiff's Response in Opposition to Defendant's Motion (Docket No. 12); and Defendant's Response in Opposition to Plaintiff's Motion (Docket No. 13), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** and Defendant's Motion is **DENIED**.

**JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendant on the entirety of the Complaint.

Within 21 days from the date of this Order, Plaintiff shall submit her petition for attorney's fees.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**